

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-21-00308-CV

**IN RE** Steve **SWARTZMAN**, Andy North, and Lucy Doan,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-19151
Honorable Larry Noll, Judge Presiding

## ORDER

Sitting:     Patricia O. Alvarez, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

On January 10, 2022, real party in interest Daniel Alarik filed a motion to dismiss this original proceeding. After consideration, the motion is **DENIED**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court